LESLIE G. LOOMIS et al., as Copartners under the Firm Name of L. G. LOOMIS & SON, Respondents, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted January 8, 1912; decided January 16, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 203 N. Y. 359.)